**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00130-CV

**KELLEY|WITHERSPOON, LLP, ET AL., Appellants**

**V.**

**ARMSTRONG INTERNATIONAL SERVICES, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-01907-E**

## ORDER

We **GRANT** appellee's March 21, 2014 motion to reconsider this Court's order dated March 14, 2014. We **VACATE** the March 14, 2014 order. The notice of cross-appeal filed by appellee on March 5, 2014 is deemed timely for jurisdictional purposes.

/s/     ADA BROWN
          JUSTICE